■ CHARLENE RIZZO et al., Appellants, v ELI LILLY AND COMPANY, Respondent.—Order unanimously affirmed, without costs *(see, Fleishman v Lilly & Co.,* 62 NY2d 888, *rearg denied* 63 NY2d 771, *amended* 63 NY2d 1017, *cert denied* — US —, 105 S Ct 967). (Appeal from order of Supreme Court, Monroe County, Finnerty, J.—summary judgment.) Present—Dillon, P. J., Callahan, Denman, Pine and Schnepp, JJ.